**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01003-CV

### IN THE INTEREST OF R.E.C. AND C.A.C., MINOR CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51560-00**

## ORDER

We **GRANT** appellant's October 16, 2014 motion to extend time to file brief and

**ORDER** the brief tendered to the Clerk of the Court October 7, 2014 filed as of the date of this

order. Appellee shall file his brief no later than November 19, 2014.

/s/    ADA BROWN
       JUSTICE